IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COURTNEY O. GATHERS,

*Petitioner*,

v.                                                  Case No.: 4:20cv587-MW/EMT

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

*Respondent.*
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 10, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED with prejudice as untimely**." The

certificate of appealability is **DENIED**. The Clerk shall close the file.

    **SO ORDERED on January 27, 2022.**

                **s/Mark E. Walker**
                **Chief United States District Judge**