IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COURTNEY O. GATHERS,**

    *Petitioner*,

v.                                 Case No.: 4:20cv587-MW/EMT

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. This Court previously vacated its order adopting the Report and Recommendation after Petitioner sought a 60-day extension of time to file objections, *see* ECF Nos. 24 and 25. Petitioner sought a second extension on May 31, 2022, ECF No. 32, which this Court granted. Objections were due on or before June 27, 2022; however, as of the date of this Order, Petitioner has filed no

objections. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 10, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED with prejudice as untimely**." The certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on July 5, 2022.**

s/Mark E. Walker          
**Chief United States District Judge**
